**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-21733-ALTMAN**

JOSE MANUEL
DE ARMAS-BALAGUER,

     *Petitioner,*

v.

KROME NORTH SERVICE
PROCESSING CENTER,

     *Respondent.*

_____/

**<u>ORDER</u>**

On March 23, 2026, we found that Jose Manuel De Armas-Balaguer—who'd filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241—" ha[d]n't paid the Clerk's filing fee or filed a motion to proceed in forma pauperis[.]" Order to Pay Filing Fee or File IFP Motion [ECF No. 3] at 2 (cleaned up). We explained that "[w]e [couldn't] adjudicate De Armas-Balaguer's Petition until he[] either paid the Clerk's filing fee of $5.00 or submitted a legally sufficient IFP motion under Rule 3(a) of the Rules Governing § 2254 Cases." *Id.* at 3 (cleaned up). So, we ordered De Armas-Balaguer to *either* pay the filing fee *or* file a motion to proceed *in forma pauperis* by **April 20, 2026**. *See ibid.* His failure to do so on time, we warned, would result in "dismiss[al] [of] this case without further notice." *Ibid.* On the same day, De Armas-Balaguer filed an Amended Petition for Writ of Habeas Corpus and a Motion to Proceed *in Forma Pauperis* [ECF No. 6]. On March 31, 2026, we found that De Armas-Balaguer's IFP Motion failed to include "a certificate showing what money he has (or doesn't have) in any account." Paperless Order [ECF No. 7]. We reminded De Armas-Balaguer that he "still [had] until **April 20, 2026**, to file a corrected IFP Motion." *Ibid.* (cleaned up).

That April 20, 2026, deadline has come and gone, and De Armas-Balaguer failed to resolve the filing-fee issue. *See generally* Docket. De Armas-Balaguer has thus ignored this Court's orders and failed to prosecute his own case. As a result, the only appropriate sanction now is dismissal. *See Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) ("The Court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." (citing FED. R. CIV. P. 41(b))).

Accordingly, we hereby **ORDER AND ADJUDGE** that this case is **DISMISSED without prejudice** for failure to prosecute and for failure to comply with court orders. *See* FED. R. CIV. P. 41(b). The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on July 9, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Jose Manuel De Armas-Balaguer, *pro se*